UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QBH,

Petitioner,

vs.

Case No. 26-mc-51136

Honorable Laurie J. Michelson

United States of America,

Respondent.

---

**Notice of Supplemental Authority**

---

The United States respectfully informs of the court of supplemental authority supporting its opposition to release of property under Rule 41(g) (ECF No. 1).

1. *Shaw v. United States*, 891 F.3d 602, 603 (6th Cir. 1989)("Once the Government initiated civil forfeiture proceedings" the claimant was required to follow the statutory procedures set out in law. "Under standard equity doctrine, where there is an adequate remedy-at-law it must be pursued" CITING *United States v. United States Currency*, 851 F.2d 1231 (9th Cir. 1988)(government's filing of a civil forfeiture action required dismissal of owner's Rule 41(e) motion); *In re Harper*, 835 F.2d 1273 (8th Cir. 1988)(even though Rule 41(e) filed before civil

proceedings initiated, plaintiff not entitled to return of property where he failed to pursue administrative remedies); and *In re Search Warrant*, 830 F. 2d 372 (DC Cir. 1987)(where civil and not criminal forfeiture proceeding is pending, plaintiff may not invoke Rule 41(e).

2. *United States v. Mosby-Darden*, 101 F.4th 465, 473 (6th Cir. 2024)(defendant must use applicable statutory scheme – not a motion under criminal procedure rules – to seek return of property) CITING *Shaw v. United States*, 891 F.2d 602, 603 (6th Cir. 1989).

Respectfully submitted,

Jerome F. Gorgon
United States Attorney

s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorneys
211 West Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Date: October 2, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court under seal via ECF which caused service upon counsel of record.

s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Date: October 2, 2026